UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ALEXIS DEKANY, | ) | CASE NO. 5:16CV1829 |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | |
| CITY OF AKRON, et al., | ) | ORDER |
| | ) | |
| | ) | |
| Defendants. | ) | |

On October 12, 2017, Plaintiff Alexis Dekany sought a protective order to prevent the deposition of her mother. Doc. 220. Defendants have opposed the motion, and Dekany has replied. The motion is DENIED.

Dekany contends that her mother has no relevant information that would require her to be deposed. Moreover, Dekany contends that any information that her mother may have can be obtained from other sources. However, the record in this matter reflects that Dekany was living with her mother during the early stages of her relationship with Defendant Eric Paull. That fact alone is sufficient to warrant the deposition.

The Court is mindful of Dekany's assertions regarding the health of her mother. Defendants, therefore, should make every effort to ensure that the deposition is conducted as efficiently as possible. The motion for a protective order is DENIED.

IT IS SO ORDERED.

Dated: November 8, 2017  /s/ John R. Adams
JOHN R. ADAMS
UNITED STATES DISTRICT JUDGE